UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA )
)
v. )      CAUSE NO. 3:12-CR-51 RM
)
WILBUR B. CRAWFORD (03) )

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 26, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 51], ACCEPTS defendant Wilbur Crawford's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 924(c) and 2.

SO ORDERED.

ENTERED:   July 26, 2012

   /s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana